# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DARRYL SENSENIG AND MARY LOU SENSENIG,

     Petitioners

  v.

ARMSTRONG WORLD INDUSTRIES, BRENNTAG NORTHEAST, INC.; BARLEY SNYDER AND ALAN J. HAY, M.D.,

     Respondents

: No. 671 MAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.